# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTA DULFON, | |
| Plaintiff, | Case No. 2:12-CV-00905-KJD-PAL |
| v. | **ORDER** |
| DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

The most recent filing in this case is Plaintiff's Amended Complaint (#16) dated August 31, 2012. The Court hereby **ORDERS** Plaintiff to file a status report in this matter within 30 days of the filing of this Order. Failure to file within this time will constitute consent to dismiss this action.

DATED this 7th day of October 2013.

_____
Kent J. Dawson
United States District Judge